## 52784. COX v. VULCAN BASEMENT WATERPROOFING COMPANY OF GEORGIA, INC. et al.

WEBB, Judge.

This post-judgment garnishment case is controlled by *Coursin v. Harper,* 236 Ga. 729 (225 SE2d 428), as the affidavit upon which the summons of garnishment was issued was given prior to July 1, 1975. *Battles v. Battles,* 138 Ga. App. 841 (227 SE2d 524). This proceeding must therefore be declared "void and of no effect" (*Rose, Silverman & Hunt v. Ben O'Callaghan Co.,* 134 Ga. App. 648 (215 SE2d 515), where we decided the issue sua sponte), and the judgment dismissing the proceeding is affirmed. "It is fundamental that a judgment of a trial court which is right will be affirmed on appeal even though the trial judge in rendering his judgment may have assigned a wrong reason therefor." *Sims T.V., Inc. v. Fireman's Fund Ins. Co.,* 108 Ga. App. 41, 43 (131 SE2d 790).

*Judgment affirmed. Deen, P. J., and Smith, J., concur.*

ARGUED OCTOBER 4, 1976 — DECIDED OCTOBER 19, 1976.

*T. W. Gcabashe, King & Spalding, A. H. Conrad, Jr.,* for appellant.
*Powell, Goldstein, Frazer & Murphy, V. Scott Killingsworth,* for appellees.